# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYDIN MICHAEL HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:19-cv-01533-SAB <br><br> ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM <br><br> (ECF No. 1) <br><br> TEN-DAY DEADLINE |

On October 28, 2019, a complaint was filed on behalf of Jaydin Michael Hernandez challenging the denial of Social Security benefits. According to the application to proceed *in forma pauperis* signed by Teresa Hernandez, Jaydin Hernandez is eleven years old.

The Federal Rules of Civil Procedure provide that "[t]he following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c). Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation

of the minor . . . ." L.R. 202(a).

Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of entry of this order, Plaintiff's counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202.

IT IS SO ORDERED.

Dated:   **October 30, 2019**

UNITED STATES MAGISTRATE JUDGE