# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYDIN MICHAEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01533-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On March 26, 2020, a stipulation was filed for an extension of time for Plaintiff to file an opening brief. The stipulation was filed on the docket as motion. Counsel is advised that the document is not a motion and should have been filed as a stipulation. In the future, counsel should select the correct item when filing documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file the opening brief on or before July 13, 2020;
2. Defendant shall file an opposition to the opening brief on or before August 12, 2020; and
3. Plaintiff shall file any reply on or before August 27, 2020.

IT IS SO ORDERED.

Dated: **May 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1