# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYDIN HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01533-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 19) |

　　　Jaydin Hernandez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On July 24, 2020, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 19.) Pursuant to the terms of the stipulation, the Appeals Council shall remand the case to an administrative law judge to: (1) comply with Acquiescence Ruling 04-1 and obtain medical expert evidence; and (2) evaluate the questionnaire from Plaintiff's teacher. (Id.) Plaintiff shall be also be offered the opportunity for a hearing. (Id.)

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Jaydin Hernandez and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 24, 2020**

UNITED STATES MAGISTRATE JUDGE