UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYDIN MICHAEL HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:19-cv-01533-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 22) |

Jaydin Michael Hernandez ("Plaintiff") filed this action seeking judicial review of the final decision of the Social Security Commissioner denying his application for benefits.  On July 27, 2020, this action was voluntarily remanded for further proceedings and judgment was entered in favor of Plaintiff.  On August 25, 2020, a stipulation for an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of five thousand five hundred dollars and 00/100, ($5,500.00), 28 U.S.C. § 2412(d) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **August 25, 2020**

UNITED STATES MAGISTRATE JUDGE